IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JENNIFER HAZLEWOOD** | § |
| | § |
| **VS.** | § CIVIL ACTION NO. 4:23-CV-328-BJ |
| | § |
| **ALLSTATE FIRE AND CASUALTY** | § |
| **INSURANCE COMPANY** | § |

## FINAL JUDGMENT

On August 18, 2023, the parties' filed a Joint Stipulation of Dismissal of All Claims and Parties [doc. 12]. Therefore, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that all claims in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE**. All costs under 28 U.S.C. § 1920 shall be taxed against the party that incurred them.

SIGNED August 21, 2023.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE